■ In the Matter of SALVATORE M. LATONA, for Reinstatement. [629 NYS2d 719] —Order entered terminating suspension

and reinstating petitioner as an attorney and counselor-at-law. Present—Pine, J. P., Lawton, Balio, Davis and Boehm, JJ.